UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NOGARIS DESPAIGNE,

    Plaintiff,

v.                                                                     Case No: 8:19-cv-1012-T-36SPF

G2 SECURE STAFF, L.L.C.,

    Defendant.
_____/

## **O R D E R**

This matter comes before the Court upon the Joint Motion to Stay Proceedings Pending Arbitration and For Extension of Time for Defendant to File Response to Complaint (Doc. 9), filed on May 20, 2019. In the motion, the parties indicate that the Plaintiff's claims are subject to mandatory arbitration under the "Pre-Dispute Resolution Agreement," which pertains to all disputes between Defendant and its current and former employees, including Plaintiff. The Court, having considered the motion and being fully advised in the premises, will grant-in-part the Joint Motion to Stay Proceedings Pending Arbitration and For Extension of Time for Defendant to File Response to Complaint.

Accordingly, it is hereby **ORDERED**

1. The Joint Motion to Stay Proceedings Pending Arbitration and For Extension of Time for Defendant to File Response to Complaint (Doc. 9) is **GRANTED-in-PART**.

2. Plaintiff is compelled to arbitrate her claims against Defendant. Therefore, the parties shall arbitrate this matter in accordance with the Pre-Dispute Resolution Agreement.

3. This action is **STAYED** pending the completion of arbitration.

4. The parties shall file a notice informing the Court that the arbitration has been concluded, or that their dispute has otherwise been resolved, within **FOURTEEN (14) DAYS** of either of such event and immediately dismiss this case, if appropriate.

5. Defendant's request for an extension of time to file a response to the Complaint is **DENIED** as moot.

6. The Clerk is directed to terminate all pending motions and deadlines and administratively close this case.

**DONE AND ORDERED** in Tampa, Florida on May 28, 2019.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
Counsel of Record and Unrepresented Parties, if any